UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RHONDA BADGER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. 1:11-cv-00778-MJD-TWP |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The Court, having this day made its Entry,

    IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that Rhonda Badger was not entitled to Social Security Disability Insurance benefits based upon her application filed on December 13, 2007, is REVERSED and REMANDED.

Dated: 05/15/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Thomas E. Williams
teqw@aol.com